JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1551**

AUG 2 2 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1551

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE RECIPROCAL OF AMERICA (ROA) SALES PRACTICES LITIGATION*

*Appalachian Regional Healthcare, Inc., et al. v. General Reinsurance Corp., et al.,*
E.D. Kentucky, C.A. No. 5:06-189

### CONDITIONAL TRANSFER ORDER (CTO-7)

On August 26, 2003, the Panel transferred two civil actions to the United States District Court for the Western District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 281 F.Supp.2d 1356 (J.P.M.L. 2003). Since that time, seven additional actions have been transferred to the Western District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable J. Daniel Breen.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Western District of Tennessee and assigned to Judge Breen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Western District of Tennessee for the reasons stated in the order of August 26, 2003, and, with the consent of that court, assigned to the Honorable J. Daniel Breen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 56

**OFFICIAL FILE COPY**

IMAGED AUG 2 2 2006